IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:19mc3870-MHT |
| | ) | (WO) |
| SOUTHERN CLASSIC FOOD | ) | |
| GROUP LLC, | ) | |
| Brundidge, AL, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| ELIZABETH HELMS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the court are the writ of garnishment (doc.
no. 3) and the garnishee's answer (doc. no. 6).  It is
ORDERED that, if no hearing is requested within the
time permitted under 28 U.S.C. § 3205(c)(5),*

---

* 28 U.S.C. § 3205(c)(5) provides that "[w]ithin 20
days after receipt of the answer, the judgment debtor
or the United States may file a written objection to
the answer and request a hearing."

the government shall file a motion for the entry of an appropriate disposition order under § 3205(c)(7) within five business days of when the time to request a hearing expires.  The government also shall submit a proposed order in Word format by transmitting an electronic copy of it as an attachment to an email message sent to <propord_thompson@almd.uscourts.gov>.

DONE, this the 14th day of June, 2019.

                                         <u>/s/ Myron H. Thompson</u>
                                       UNITED STATES DISTRICT JUDGE