IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:19mc3870-MHT |
| | ) | (WO) |
| SOUTHERN CLASSIC FOOD | ) | |
| GROUP LLC, | ) | |
| Brundidge, AL, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| ELIZABETH HELMS, | ) | |
| | ) | |
| Defendant. | ) | |

DISPOSITION ORDER

A writ of continuing garnishment has been issued and served upon garnishee Southern Classic Food Group LLC. Pursuant to the writ, the garnishee filed an answer on June 13, 2019, stating that, at the time of the service of the writ, it employs defendant Elizabeth Helms and will withhold from Helms's wages or salary the amount required by law on a weekly basis.

Helms was notified of her right to a hearing and has not requested one or otherwise objected to the writ.

\*\*\*

Accordingly, it is ORDERED that:

(1) The motion for entry of the final disposition order (doc. no. 8) is granted.

(2) Garnishee Southern Classic Food Group LLC shall withhold 25 % from defendant Elizabeth Helms's net weekly pay and shall promptly remit the identified nonexempt funds every pay period to: Clerk of the Court, One Church Street, Suite B-110, Montgomery, AL 36104.

(3) The clerk of court shall apply these funds to the restitution balance owed by defendant Helms in case 2:05-cr-30-MHT (M.D. Ala.).

(4) This garnishment order shall remain in effect until satisfaction of the debt owed to plaintiff United States of America; until defendant Helms ceases employment with the garnishee (unless the garnishee

reinstates or reemploys defendant Helms within 90 days after defendant Helms's dismissal or resignation); or until the court issues an order quashing the writ of continuing garnishment.

(5) Plaintiff United States of America shall promptly notify the court, defendant Helms, and the garnishee upon satisfaction of the debt.

This case is administratively closed.

DONE, this the 10th day of July, 2019.

                                         /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**