IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> SOUTHERN CLASSIC FOOD ) <br> GROUP LLC, ) <br> Brundidge, AL, ) <br> ) <br>    Garnishee, ) <br> ) <br> ELIZABETH HELMS, ) <br> ) <br>    Defendant. ) | MISC. ACTION NO. <br> 2:19mc3870-MHT <br> (WO) |

ORDER

Upon consideration of the government's motion to dismiss garnishment (Doc. 11), it is ORDERED that:

(1) This case is administratively reopened.

(2) The motion is granted, the writ of garnishment (Doc. 3) is dismissed, and the garnishment order (Doc. 9) is terminated.

This case is closed.

DONE, this the 9th day of September, 2021.

                                                /s/ Myron H. Thompson <br>
                                       UNITED STATES DISTRICT JUDGE